UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

ZIMBABWE H. FIELDS,

    Petitioner,

V.

WARDEN KIZZIAH,

    Respondent.

Civil Action No. 7: 18-51-KKC

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Zimbabwe Fields [R. 1] is **DENIED** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the respondent, Warden Gregory Kizziah.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered: May 8, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY